**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**RICHARD JONES,**

      **Plaintiff,**

  **v.**
                          **Civil Action 2:26-cv-128**
                          **Judge James L. Graham**
                          **Magistrate Judge Chelsey M. Vascura**

**JAMES EDWARDS,** *et al.*,

      **Defendants.**

## ORDER and REPORT AND RECOMMENDATION

Plaintiff, Richard Jones, sues Franklin County Children Services ("FCCS") and several of its employees under 42 U.S.C. § 1983 for deprivation of parental rights in violation of the First, Fourth, and Fourteenth Amendments.

On April 28, 2026, the undersigned issued a Report and Recommendation that recommended dismissal of certain claims in Plaintiff's Second Amended Complaint (ECF No. 39). On April 29, 2026, the Clerk docketed a motion by Plaintiff for leave to file a Third Amended Complaint, although the Clerk had actually received Plaintiff's motion on April 27, 2026, before the undersigned screened Plaintiff's Second Amended Complaint. (ECF No. 40.)

Because this case is in its early stages and no Defendant will be prejudiced, the undersigned **GRANTS** Plaintiff's motion for leave to file a Third Amended Complaint under Federal Rule of Civil Procedure 15(a)(2). (ECF No. 40.) The Clerk is **DIRECTED** to file on the docket Plaintiff's Third Amended Complaint, attached to his Motion at ECF No. 40-1. However,

Plaintiff is **CAUTIONED** that he will not be permitted unlimited pleading amendments and that he must demonstrate good cause for any future request to further amend his Complaint.

Because the Third Amended Complaint supersedes and replaces Plaintiff's Second Amended Complaint, the portion of the April 28, 2026 Order and Recommendation (ECF No. 39) that recommended dismissal of certain claims in the Second Amended Complaint is **VACATED**.

This matter is now before the Court for the initial screen of Plaintiff's Third Amended Complaint under § 1915(e)(2) to identify cognizable claims and to recommend dismissal of Plaintiff's Third Amended Complaint, or any portion of it, which is frivolous, malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. The Third Amended Complaint contains additional factual detail but does not substantially change the parties or claims from the Second Amended Complaint. Accordingly, for the reasons set forth in the April 28, 2026 Report and Recommendation, Plaintiff **MAY PROCEED** on his individual-capacity Fourth and Fourteenth Amendment claims for damages and declaratory relief against Defendants Edwards, Ray, Creager, and Stapleton, but it is **RECOMMENDED** that Plaintiff's remaining claims be **DISMISSED** under § 1915(e)(2)(B) for failure to state a claim on which relief can be granted.

## PROCEDURE ON OBJECTIONS

If any party objects to this Report and Recommendation, that party may, within fourteen (14) days of the date of this Report, file and serve on all parties written objections to those specific proposed findings or recommendations to which objection is made, together with supporting authority for the objection(s). A District Judge of this Court shall make a *de novo* determination of those portions of the Report or specified proposed findings or recommendations

to which objection is made. Upon proper objections, a District Judge of this Court may accept, reject, or modify, in whole or in part, the findings or recommendations made herein, may receive further evidence or may recommit this matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1).

The parties are specifically advised that failure to object to the Report and Recommendation will result in a waiver of the right to have the District Judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE

3