**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **Richard Jones,** | : | |
| | : | **Case No. 2:26-cv-00128** |
| **Plaintiff,** | : | |
| **v.** | : | **Judge Graham** |
| | : | |
| **James Edwards, *et al.*,** | : | **Magistrate Judge Vascura** |
| | : | |
| **Defendants.** | : | |

---

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations ("R&R") of United States Magistrate Judge Vascura, recommending that Plaintiff Richard Jones be allowed to proceed "on his individual-capacity Fourth and Fourteenth Amendment claims for damages and declaratory relief" against Defendants James Edwards, DeJournay Ray, Millisum Creager, and Ryan Stapleton, but that all other claims should be dismissed. Doc. 42. No objections have been filed, and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired. Finding no clear error in the R&R, the Court hereby **ADOPTS** the same.

Accordingly, the Court **ORDERS** that Plaintiff Jones' claims be **DISMISSED**, except for his claims for damages and declaratory relief against Defendants Edwards, Ray, Creager, and Stapleton in their individual capacities.

**IT IS SO ORDERED**.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: June 3, 2026